UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CR26-069 JNW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| NIKITA ELIZABETH CISNEROS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offense charged:    Conspiracy to Distribute Controlled Substances; Asset Forfeiture Allegations

Date of Detention Hearing:    June 9, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

DETENTION ORDER
PAGE -1

1.      Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2.      Defendant has a lengthy criminal record, which include a total of 88 bench warrants issued for failures to appear for hearings and failure to comply with court orders. Pretrial notes that a data search regarding three different convictions served with Washington Department of Corrections (DOC) reports several periods of the defendant apparently absconding from supervision. The defendant also has pending state court charges, with warrant activity.

3.      The instant case involves a large drug conspiracy case in which the government alleges defendant's role in the charged drug conspiracy to be one of the most frequent redistributors.   Defendant has no reported income or employment for a number of years.   She does not have a stable residence, and has a history of substance abuse.

4.      Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER
PAGE -2

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 9th day of June, 2026.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3